1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

RICK A YOUNG,

11

Plaintiff,

12

v.

13

CUS VAN OGLE, *et al.*,

14

Defendants.

Case No. C04-5080FDB

ORDER ADOPTING REPORT AND
RECOMMENDATION and DENYING
MOTION FOR ORDER DIRECTING
PAYMENT OF COSTS FROM
PLAINTIFF'S SAVINGS ACCOUNT

15

16

17

    Plaintiff is an inmate who was incarcerated at the Stafford Creek Corrections Center and who

18

was placed in segregation, and less than 24 hours later was placed in a holding cell for 12 hours for

19

observation as the staff had a concern that he was suicidal.  Plaintiff does not contest the

20

constitutionality of his placement in the holding cell.  He complains that the 1" thick mattress

21

exacerbated his physical ailments and rendered him unable to walk, he complains the cell was cold;

22

later, he was carried halfway to a new cell then placed on a gurney, he was placed on a folded

23

mattress on the bunk in the new cell.

24

    The Magistrate Judge concluded that there was no violation of the Eighth Amendment with

25

regard to the conditions of Plaintiff's confinement, that excessive force was used, or that he was

26

ORDER - 1

treated with deliberate indifference as to his serious medical needs.  The Magistrate Judge

recommends dismissal of this cause of action.  Plaintiff has filed a long response reiterating his

contentions and asserting that the Magistrate Judge had exhibited deep-seated prejudice against him

and his abused his discretion.

The Court having reviewed the Report and Recommendation, Plaintiff's Response objecting

to the R&R, and being familiar with the record herein, concludes that Plaintiff's objections are

without merit.

Plaintiff moves for an order directing payment of costs from his savings account.  Department

of Corrections policy limits access to this savings account, and the Court is not inclined under these

circumstances to allow Plaintiff to utilize these monies for the purpose of paying costs for this

lawsuit.

ACCORDINGLY, IT IS ORDERED:

1.      The Court adopts the Report and Recommendation;

2.      Plaintiff's "Motion for Overlength Reply" [Dkt. # 61] is GRANTED;

3.      Plaintiff's "Motion for Order Directing Payment of Costs From Plaintiff's Savings

        Account" [Dkt. # 62] is DENIED.


DATED this 6th day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2