1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

RICK A. YOUNG,

        Plaintiff,

    v.

CUS VAN OGLE, *et al.*,

        Defendants.

Case No. C04-5080FDB

ORDER GRANTING MOTION FOR
ORDER STAYING PAYMENT OF
COSTS PENDING APPEAL

12

13

14

       Plaintiff alleged Eighth Amendment violations concerning a thin mattress in his cold holding

cell, which were rejected upon adoption of the Report and Recommendation.  Plaintiff also moved

for an order directing payment of costs from his savings account, which motion was rejected.

15

16

       Defendants submitted a costs bill.  Plaintiff has filed an appeal and paid the fee therefor, but

now moves for an order staying payment of costs pending appeal.

17

18

       In view of his earlier request to this Court to direct payment of costs from his savings

account, the Court will grant the motion for stay.

19

20

       ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Order Staying Payment of Costs

[Dkt. # 71] is GRANTED.

21

22

       DATED this 28th day of July, 2005.

23

24

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

25

26

ORDER - 1